JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Sara Quintana

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARA QUINTANA,<br><br>           Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,<br><br>           Defendants. | Case No.: 2:21-cv-00023-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**<br>      **(FIRST REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to the Defendants' Motion to Dismiss (ECF No. 6) from the current due date of Wednesday, January 27, 2021 through and including ***Wednesday, February 10, 2021***.

This is the first request for an extension of this deadline. The parties provide the following information to the Court regarding the proposed extension of time:

1. Plaintiff's counsel is scheduled to be on vacation during the week of January 25, 2021 when the response is currently do and he will require additional time to catch up from other work when he returns to the office on February 1, 2021.

2. Additionally, Plaintiff's counsel is facing a very heavy workload with

1

appellate briefing due in a Supreme Court of Nevada matter and a reply brief due to the Ninth Circuit Court of Appeals (although an extension will likely be sought for that one) during this same time period.

3. Additionally, Plaintiff's counsel is expecting the appearance of co-counsel *pro hac vice* in this case in the near future and co-counsel is expected to have significant input on the response to the motion.

4. There are no pressing deadlines or any other matters in this case that will be affected by this two-week extension.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

Dated: January 19, 2021

/s/ James P. Kemp
James P. Kemp, Esq.
Victoria L. Neal, Esq.
KEMP & KEMP ATTORNEYS AT LAW
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/ 258-6983 fax
Attorneys for Plaintiff
Sara Quintana

Dated: January 19, 2021

/s/ Crystal J. Herrera , Esq.
Crystal J. Herrera, Esq.
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
(702) 799-5373/ 799-7243 fax
Attorney for Defendants
Clark County School District and Board of Trustees of the Clark County School District

IT IS SO ORDERED.

Dated this 20 day of January, 2021.

Gloria M. Navarro, District Judge
United States District Court

2