JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:      702-384-4012
Facsimile:  702-383-0701
Email: jolson@ocgas.com
          sbarker@ocgas.com

        AND

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, NV. 89146
Phone: 702-799-5373
Facsimile: 702-799-7243
Email: Herrec4@nv.ccsd.net
*Attorney for DEFENDANTS*
   *Clark County School District and*
   *Board of Trustees of the Clark County*
   *School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA QUINTANA,<br><br>              Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,<br><br>              Defendants. | CASE NO.  2:21-cv-00023-GMN-NJK |

## STIPULATION AND ORDER
## EXTENDING THE TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF 29)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT (BOT) may have through and including November 5, 2021, to submit their response to Plaintiff's Second Amended Complaint filed October 6, 2021 (ECF 29).  The extension is sought due to the 52 page length of the Second Amended Complaint, the addition of three new causes of action, and defense counsel's scheduling conflicts.

IT IS SO STIPULATED:

DATED this 4th day of November, 2021.

GILBERT EMPLOYMENT LAW, PC

/s/ James A. Hill

JAMES A. HILL, ESQ.
Pro Hac Vice – ECF 24
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Jhill-efile@gelawyer.com
*Attorneys for Plaintiff*

AND

KEMP & KEMP
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
jp@kemp-attorneys.com
vneal@kemp-attorneys.com
*Attorneys for Plaintiff*

DATED this 4th day of November, 2021.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Stephanie A. Barker

JAMES R. OLSON, ESQ.
Nevada Bar No. 00116
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgas.com
sbarker@ocgas.com
*Attorneys for Defendants
Clark County School District and
Board of Trustees of the Clark County School Dist.*

DATED this 4th day of November, 2021.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

/s/ Crystal J. Herrera

CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, NV. 89146
Herrec4@nv.ccsd.net
*Attorneys for Defendants
Clark County School District and
Board of Trustees of the Clark County School Dist.*

**IT IS SO ORDERED.**

DATED: November 4, 2021

_____
UNITED STATES MAGISTRATE JUDGE