JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:     702-384-4012
Facsimile: 702-383-0701
Email: jolson@ocgas.com
         wcannon@ocgas.com
         sbarker@ocgas.com

AND

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 012396
5100 West Sahara Avenue
Las Vegas, NV. 89146
Phone:     702-799-5373
Facsimile: 702-799-7243
Email: Herrec4@nv.ccsd.net
*Attorney for DEFENDANTS*
   *Clark County School District and Board of*
   *Trustees of the Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA QUINTANA,<br><br>              Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,<br><br>              Defendants. | CASE NO.  2:21-cv-00023-CDS-NJK |

**STIPULATION AND ORDER
TO EXTEND THE DISPOSITIVE MOTION DEADLINE (45 DAYS)**
**(FIRST REQUEST)**

1

IT IS HEREBY STIPULATED AND AGREED by Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT (BOT) through their attorneys WALTER R. CANNON, ESQ. and STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and CRYSTAL J. HERRERA, ESQ. of the OFFICE OF THE GENERAL COUNSEL FOR THE CLARK COUNTY SCHOOL DISTRICT; and by Plaintiff SARA QUINTANA through her attorneys JAMES P. KEMP, ESQ. and VICTORIA L. NEAL, ESQ. of the law firm KEMP & KEMP, and JAMES A. HILL, ESQ. of the law firm GILBERT EMPLOYMENT LAW, P.C., that the dispositive motion deadline in this matter be extended for 45 days. This is the parties FIRST post-discovery request for extension of the dispositive motion deadline.

Discovery closed on April 4, 2022. The dispositive Motion deadline is May 4, 2022 (ECF No. 40). The parties have taken five depositions and exchanged hundreds of pages of documentation in the past three months. Plaintiff's final document disclosure was emailed on April 4, 2022. The record is extensive, and in part, was recently disclosed. In reliance on these records, Defendants intend to file a Motion for Summary Judgment. In addition, the parties are exploring the possibility of settlement conference and wish to avoid incurring attorney fees and costs associated with preparing dispositive motions if settlement is a possibility.

Accordingly, the parties hereby stipulate to a 45-day extension of time to submit dispositive motions, moving the deadline from May 4, 2022, to June 17, 2022.

RESPECTFULLY SUBMITTED.

DATED this 28th day of April, 2022.

GILBERT EMPLOYMENT LAW, PC

/s/ James A. Hill
_____
JAMES A. HILL, ESQ.
Pro Hac Vice – ECF 24
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Jhill-efile@gelawyer.com
*Attorneys for Plaintiff*

DATED this 28th day of April, 2022.

OLSON CANNON GORMLEY & STOBERSKI

/s/ *Stephanie A. Barker*
_____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
9950 West Cheyenne Avenue
Las Vegas, NV 89129

*Sara Quintana v. Clark County School District, et al.*
USDC Case No. 2:21-CV-00023-GMN-NJK

AND

KEMP & KEMP
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
jp@kemp-attorneys.com
vneal@kemp-attorneys.com
*Attorneys for Plaintiff*

AND

OFFICE OF THE GENERAL COUNSEL, CCSD
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No.  012396
5100 West Sahara Avenue
Las Vegas, NV  89146
Herrec4@nv.ccsd.net
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: April 29, 2022

_____
United States Magistrate Judge

*Sara Quintana v. Clark County School District, et al.*
USDC Case No. 2:21-CV-00023-GMN-NJK