JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:     702-384-4012
Facsimile: 702-383-0701
Email: jolson@ocgas.com
          wcannon@ocgas.com
          sbarker@ocgas.com

AND

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 012396
5100 West Sahara Avenue
Las Vegas, NV. 89146
Phone:     702-799-5373
Facsimile: 702-799-7243
Email: Herrec4@nv.ccsd.net
*Attorney for DEFENDANTS*
  *Clark County School District and Board of*
  *Trustees of the Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA QUINTANA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,<br><br>                    Defendants. | CASE NO. 2:21-cv-00023-CDS-NJK |

**STIPULATION AND ORDER
TO EXTEND THE DISPOSITIVE MOTION DEADLINE**
(THIRD REQUEST)

1

IT IS HEREBY STIPULATED AND AGREED by Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT (BOT) through their attorneys WALTER R. CANNON, ESQ. and STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and CRYSTAL J. HERRERA, ESQ. of the OFFICE OF THE GENERAL COUNSEL FOR THE CLARK COUNTY SCHOOL DISTRICT; and by Plaintiff SARA QUINTANA through her attorneys JAMES P. KEMP, ESQ. of the law firm KEMP & KEMP, and JAMES A. HILL, ESQ. of the law firm GILBERT EMPLOYMENT LAW, P.C., that the dispositive motion deadline in this matter be extended for an additional fourteen (14) days. This is the parties THIRD post-discovery request for extension of the dispositive motion deadline, submitted for the below-stated reasons.

On June 3, 2022, the parties entered a Stipulation to Extend the Dispositive Motion Deadline (SECOND) to a date to be scheduled 30 days after Settlement Conference. (ECF No. 48.) The Court granted that Stipulation on June 6, 2022. (ECF No. 49.) On September 22, 2021 the parties participated in a Settlement Conference with United States Magistrate Judge Youchah (*see* ECF No. 50 and ECF No. 51), and were unable to reach resolution. Accordingly, the Court scheduled the dispositive motion deadline for October 22, 2022. (ECF No. 52.)

The parties now enter into this third Stipulation to extend the dispositive motion deadline for an additional fourteen (14) at the request of defense counsel in order to accommodate conflicts in attorney Barker's schedule associated with birth of a grandchild.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Sara Quintana v. Clark County School District, et al.*
USDC Case No. 2:21-CV-00023-CDS-NJK

Accordingly, the parties hereby stipulate to extend the current dispositive motion deadline of October 22, 2022, to November 4, 2022. This is the parties THIRD stipulation concerning the dispositive motion deadline.

RESPECTFULLY SUBMITTED.

| | |
|---|---|
| DATED this 17th day of October, 2022. | DATED this 17th day of October, 2022. |
| KEMP & KEMP | OLSON CANNON GORMLEY & STOBERSKI |
| /s/ *James P. Kemp* | /s/ *Stephanie A. Barker* |
| JAMES P. KEMP, ESQ.<br>Nevada Bar No. 6375<br>VICTORIA L. NEAL, ESQ.<br>Nevada Bar No. 13382<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>jp@kemp-attorneys.com<br>vneal@kemp-attorneys.com | WALTER R. CANNON, ESQ.<br>Nevada Bar No. 001505<br>STEPHANIE A. BARKER, ESQ.<br>Nevada Bar No. 003176<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>wcannon@ocgas.com<br>sbarker@ocgas.com |
| AND | AND |
| GILBERT EMPLOYMENT LAW, PC<br>JAMES A. HILL, ESQ.<br>Pro Hac Vice – ECF 24<br>1100 Wayne Avenue, Suite 900<br>Silver Spring, MD 20910<br>Jhill-efile@gelawyer.com<br>*Attorneys for Plaintiff* | OFFICE OF THE GENERAL COUNSEL, CCSD<br>CRYSTAL J. HERRERA, ESQ.<br>Nevada Bar No. 012396<br>5100 West Sahara Avenue<br>Las Vegas, NV 89146<br>Herrec4@nv.ccsd.net<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

DATED: October 19, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

*Sara Quintana v. Clark County School District, et al.*
USDC Case No. 2:21-CV-00023-CDS-NJK