JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*SARA QUINTANA*

# U.S. DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SARA QUINTANA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,<br><br>　　　　　　Defendants. | CASE NO. 2:21-cv-00023-CDS-NJK |

## STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR RESPONSE AND REPLY TO DISPOSITIVE MOTION (FIRST REQUEST)

IT IS HEREBY STIPULATED AND AGREED by Plaintiff SARA QUINTANA, through her attorneys JAMES P. KEMP, ESQ. of the law firm of KEMP & KEMP and JAMES A. HILL, ESQ. of the law firm GILBERT EMPLOYMENT LAW, P.C.; and by Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT (BOT) through their attorneys WALTER R. CANNON, ESQ. and

1

STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and CRYSTAL J. HERRERA, ESQ. of the OFFICE OF THE GENERAL COUNSEL FOR THE CLARK COUNTY SCHOOL DISTRICT, that the deadline for filing a response to dispositive motions and for filing a reply to a response to dispositive motions in this matter be extended for twenty-one (21) days. This is the parties FIRST post-discovery request for extension of the respective response and reply deadlines, submitted for the below-stated reasons.

On November 4, 2022, Defendants filed Defendants' Motion for Summary Judgment. (ECF No. 57). The deadline for Plaintiff to file and serve a response to Defendants' Motion falls on November 25, 2022, which is twenty-one (21) days after service of Defendants' Motion. *See* LR 7-2(b).

The parties now enter into this first Stipulation to extend the deadline for a response to Defendants' Motion and for a reply to any filed response by twenty-one (21) days. Attorney Kemp, Plaintiff's counsel, who was in trial during the week of November 7, 2022, will be out of the office from November 16-18, November 21-25, and November 30 through December 2, 2022. Additionally, Attorney Hill, Plaintiff's counsel, will be out of the office November 24-25, 2022, because his office is closed on those days, and at least some of his support staff will likely be out of the office the week of Thanksgiving (November 21-25, 2022). With the requested extension, the deadline for filing any reply would fall on December 30, 2022, which is the week following the Christmas holiday and leading up to the New Year's holiday. *See* LR 7-2(b). As such, the parties respectfully requests that the deadline for filing a response to Defendants' Motion be extended until December 16, 2022, and the deadline for filing a reply to any filed response be extended an additional fourteen (14) days until January 13, 2023.

///

Accordingly, the parties hereby stipulate to extend the current response deadline of November 25, 2022, to December 16, 2022, and the reply deadline of December 30, 2022, resulting from the extended response deadline, to January 13, 2023. This is the parties' FIRST stipulation concerning the deadline for responses to dispositive motions and replies to said responses.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| DATED this 16th day of November, 2022. | DATED this 16th day of November, 2022. |
| KEMP & KEMP | OLSON CANNON GORMLEY & STOBERSKI |
| /s/ James A. Hill | /s/ Stephanie Barker |
| JAMES P. KEMP, ESQ.<br>Nevada Bar No. 6375<br>VICTORIA L. NEAL, ESQ.<br>Nevada Bar No. 13382<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>jp@kemp-attorneys.com<br>vneal@kemp-attorneys.com | WALTER R. CANNON, ESQ.<br>Nevada Bar No. 001505<br>STEPHANIE A. BARKER, ESQ.<br>Nevada Bar No. 003176<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>wcannon@ocgas.com<br>sbarker@ocgas.com |
| AND | AND |
| GILBERT EMPLOYMENT LAW, P.C.<br>JAMES A. HILL, ESQ.<br>Pro Hac Vice – ECF 24<br>1100 Wayne Avenue, Suite 900<br>Silver Spring, MD 20910<br>Jhill-efile@gelawyer.com | OFFICE OF THE GENERAL COUNSEL, CCSD<br>CRYSTAL J. HERRERA, ESQ.<br>Nevada Bar No. 012396<br>5100 West Sahara Avenue<br>Las Vegas, NV 89146<br>Herrec4@nv.ccsd.net |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED:  November 21, 2022