# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARA QUINTANA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00023-CDS-NJK<br><br>**Order** |

　　　With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

　　　In light of this recusal, the settlement conference is **VACATED**.  The undersigned will provide the newly assigned magistrate judge with the settlement statements already submitted to this chambers.

　　　IT IS SO ORDERED.

　　　Dated: June 13, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge