1  JAMES P. KEMP, ESQ.
   Nevada Bar No.: 6375
2  KEMP & KEMP
3  7435 W. Azure Drive, Suite 110
   Las Vegas, NV 89130
4  702-258-1183 ph /702-258-6983 fax
   jp@kemp-attorneys.com
5
   Attorney for Plaintiff
6  *SARA QUINTANA*

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

## U.S. DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

SARA QUINTANA,

                Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,

                Defendants.

CASE NO. 2:21-cv-00023-CDS-DJA

**STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff SARA QUINTANA, through her attorneys JAMES P. KEMP, ESQ. of the law firm of KEMP & KEMP and JAMES A. HILL, ESQ. of the law firm GILBERT EMPLOYMENT LAW, P.C.; and by Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT (BOT) through their attorneys STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON & GORMLEY and CRYSTAL J. PUGH, ESQ. of the OFFICE OF THE GENERAL COUNSEL FOR THE CLARK COUNTY SCHOOL DISTRICT, that upon meeting and

1

conferring pursuant to the Court's July 16, 2024 Minute Order (ECF No. 67) granting Plaintiff's Motion to Reschedule the Settlement Conference, the parties proffer the following mutually agreeable dates for a rescheduled settlement conference: September 6; September 10; September 11; September 25; and November 4, 2024.

To the extent none of the proffered alternative dates are available on the Court's calendar, the parties can continue to meet and confer to provide additional alternative dates for this Court's consideration. Accordingly, the parties hereby stipulate to reschedule the settlement conference to one of the proffered dates identified above.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

// [END].

    RESPECTFULLY SUBMITTED,

| | |
|---|---|
| DATED this 30th day of July, 2024. | DATED this 30th day of July, 2024. |
| KEMP & KEMP | OLSON CANNON & GORMLEY |
| */s/James P. Kemp*_____ | */s/Stephanie A. Barker*_____ |
| JAMES P. KEMP, ESQ. | STEPHANIE A. BARKER, ESQ. |
| Nevada Bar No. 6375 | Nevada Bar No. 003176 |
| 7435 W. Azure Drive, Suite 110 | 9950 West Cheyenne Avenue |
| Las Vegas, NV 89130 | Las Vegas, NV 89129 |
| jp@kemp-attorneys.com | sbarker@ocgas.com |
| AND | AND |
| GILBERT EMPLOYMENT LAW, P.C. | OFFICE OF THE GENERAL COUNSEL, CCSD |
| JAMES A. HILL, ESQ. | CRYSTAL J. PUGH, ESQ. |
| Pro Hac Vice – ECF 24 | Nevada Bar No. 012396 |
| 1100 Wayne Avenue, Suite 900 | 5100 West Sahara Avenue |
| Silver Spring, MD 20910 | Las Vegas, NV 89146 |
| Jhill-efile@gelawyer.com | Herrec4@nv.ccsd.net |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS HEREBY ORDERED** that the parties' stipulation (ECF No. 68) is **GRANTED**. The Settlement Conference is **RESET** to **Monday, November 4, 2024** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that any updated written settlement statements must be submitted by 4:00 p.m. on Monday, October 28, 2024.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 65) shall remain in effect.

DATED: July 31, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE