STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6720
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:     702-384-4012
Facsimile: 702-383-0701
Email: sbarker@ocgattorneys.com
       tdillard@ocgattorneys.com
       szinna@ocgattorneys.com

AND

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. PUGH, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, NV. 89146
Phone:     702-799-5373
Facsimile: 702-799-7243
Email: herrec4@nv.ccsd.net

*Attorneys for DEFENDANTS*
   *Clark County School District and Board of*
   *Trustees of the Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA QUINTANA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,<br><br>　　　　　　Defendants. | CASE NO. 2:21-cv-00023-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE TO 60 DAYS AFTER SETTLEMENT CONFERENCE (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and the BOARD OF TRUSTEES OF THE CLARK COUNTY

1

SCHOOL DISTRICT (BOT) through their attorneys STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON & GORMLEY, and CRYSTAL J. PUGH, ESQ. of the OFFICE OF THE GENERAL COUNSEL FOR THE CLARK COUNTY SCHOOL DISTRICT; and by Plaintiff SARA QUINTANA through her attorneys JAMES P. KEMP, ESQ. of the law firm KEMP & KEMP, and JAMES A. HILL, ESQ. of the law firm GILBERT EMPLOYMENT LAW, P.C., that:

IN CONSIDERATION OF THE FOLLOWING:

1. On February 21, 2024, pursuant to the Court's Order (ECF 62) Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, pursuant to LR 16-5 this case was referred to the Magistrate Judge for a settlement conference. The Order also directed that if the case did not settle, the parties must file their joint pretrial order 30 days after the conclusion of the settlement conference. ECF 62, p. 23.

2. A settlement conference was originally scheduled for June 18, 2024 (ECF 63) but did not proceed following Magistrate Judge Koppe's recusal on June 13, 2024 (ECF 64). Following reassignment to Magistrate Judge Albregts and resetting of the settlement conference to July 19, 2024 (ECF 65), a single extension of time was granted to accommodate Plaintiff's counsels' schedules and the settlement conference was re-rescheduled for and held on November 4, 2024. (ECF 83).

3. The settlement conference was not successful. (Minute Order November 4, 2024).

4. In light of the Court's Order (ECF 62) on Defendants' Motion for Summary Judgment, the parties have significantly differing views regarding how trial should proceed and the length of time necessary to complete the trial, which differences will require significant discussion between the parties in compliance with LR 16-3(b) in order to come to agreement on a Joint Pretrial Order.

5. Defense counsel Stephanie A. Barker, Esq., will be out of the office and out of the country on a pre-scheduled vacation between November 22 and December 11, 2024.

6. In light of defense counsel's schedule, and scheduling conflicts created by the upcoming holiday season, the parties hereby stipulate and request extension of the

Page 2 of 3

deadline for the Joint Pretrial Order for an additional 30 days, making the Joint Pretrial Order due to the Court on or before January 3, 2025.

7. This is the parties' first Stipulation to Extend the Joint Pretrial Order deadline.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that deadline to file the Joint Pretrial Order be extended for an additional 30 days to January 3, 2025.

RESPECTFULLY SUBMITTED.

DATED this 20th day of Nov., 2024.

KEMP & KEMP

/s/ *James P. Kemp*

JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

AND

GILBERT EMPLOYMENT LAW, PC
JAMES A. HILL, ESQ.
Pro Hac Vice – ECF 24
8403 Colesville Road, Ste. 1000
Silver Spring, MD  20910
jhill@gelawyer.com

*Attorneys for Plaintiff*
  *Sara Quintana*

DATED this 20th day of Nov., 2024.

OLSON CANNON & GORMLEY

/s/ *Stephanie A. Barker*

STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6720
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
9950 West Cheyenne Avenue
Las Vegas, NV 89129
sbarker@ocgattorneys.com
tdillard@ocgattorneys.com
szinna@ocgattorneys.com

AND

OFFICE OF THE GENERAL COUNSEL, CCSD
CRYSTAL J. PUCH, ESQ.
Nevada Bar No.  012396
5100 West Sahara Avenue
Las Vegas, NV  89146
Herrec4@nv.ccsd.net

*Attorneys for Defendants*
  *Clark County School District and Board of*
  *Trustees of the Clark County School District*

**IT IS SO ORDERED.**

DATED: 11-20-24 _____

_____
UNITED STATES MAGISTRATE JUDGE