STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6720
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:       702-384-4012
Facsimile:  702-383-0701
Email: sbarker@ocgattorneys.com
          tdillard@ocgattorneys.com
          szinna@ocgattorneys.com

          AND

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. PUGH, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, NV. 89146
Phone:       702-799-5373
Facsimile:  702-799-7243
Email: herrec4@nv.ccsd.net

*Attorneys for DEFENDANTS*
 *Clark County School District and Board of*
 *Trustees of the Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARA QUINTANA,<br><br>                Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities,<br><br>                Defendants. | CASE NO.  2:21-cv-00023-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE TO 60 DAYS AFTER SETTLEMENT CONFERENCE**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Defendants CLARK COUNTY

SCHOOL DISTRICT (CCSD) and the BOARD OF TRUSTEES OF THE CLARK COUNTY

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012      Fax (702) 383-0701

1

SCHOOL DISTRICT (BOT) through their attorneys STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON & GORMLEY, and CRYSTAL J. PUGH, ESQ. of the OFFICE OF THE GENERAL COUNSEL FOR THE CLARK COUNTY SCHOOL DISTRICT; and by Plaintiff SARA QUINTANA through her attorneys JAMES P. KEMP, ESQ. of the law firm KEMP & KEMP, and JAMES A. HILL, ESQ. of the law firm GILBERT EMPLOYMENT LAW, P.C., that:

IN CONSIDERATION OF THE FOLLOWING:

1. On February 21, 2024, pursuant to the Court's Order (ECF 62) Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, pursuant to LR 16-5 this case was referred to the Magistrate Judge for a settlement conference. The Order also directed that if the case did not settle, the parties must file their joint pretrial order 30 days after the conclusion of the settlement conference. ECF 62, p. 23.

2. A settlement conference was originally scheduled for June 18, 2024 (ECF 63) but did not proceed following Magistrate Judge Koppe's recusal on June 13, 2024 (ECF 64). Following reassignment to Magistrate Judge Albregts and resetting of the settlement conference to July 19, 2024 (ECF 65), a single extension of time was granted to accommodate Plaintiff's counsels' schedules and the settlement conference was re-rescheduled for and held on November 4, 2024. (ECF 83.)

3. The settlement conference was not successful. (Minute Order November 4, 2024.)

4. In light of the Court's Order (ECF 62) on Defendants' Motion for Summary Judgment, the parties have significantly differing views regarding how trial should proceed and the length of time necessary to complete the trial, which differences will require significant discussion between the parties in compliance with LR 16-3(b) in order to come to agreement on a Joint Pretrial Order.

5. Defense counsel Stephanie A. Barker, Esq., was out of the office and out of the country on a pre-scheduled vacation between November 22 and December 11, 2024.

6. In light of defense counsel's schedule, and scheduling conflicts created by the upcoming holiday season, the parties entered into a First Stipulation To Extend Joint

Pretrial Order Deadline to January 3, 2025 – 60 days after the Settlement Conference. (ECF 72, filed on November 20, 2024.)

7. On November 21, 2022, the court entered an Order Granting the [First] Stipulation to Extend Joint Pretrial Order Deadline to January 3, 2025. (ECF 73.)

8. On December 18, 2024, approximately one week after defense counsel returned to her office, defense counsel sent correspondence to Plaintiff's counsel confirming efforts to schedule a meet and confer conference regarding the Joint Pretrial Order, and outlining nine initially identified potential Motion in Limine topics for discussion.

9. Subsequently, a first telephonic conference was scheduled between counsel for Friday, December 20, 2024. At that time one of Plaintiff's trial attorneys was unable to attend the conference due to a personal emergency. The conference was re-scheduled for Monday, December 23, 2024.

10. On Monday, December 23, 2024, the parties held their first telephonic meet and confer conference regarding the Joint Pretrial Order. Therein the parties discussed their differing views of the remaining legal and factual issues for trial, and the potential scope of the evidence as related to each party's view. Counsel agreed that a draft Joint Pretrial Order would assist the parties' efforts to define the remaining legal and factual issues. Accordingly, counsel for Plaintiff agreed to provide a proposed draft of the Joint Pretrial Order to defense counsel on or before Friday, December 27, 2024.

11. A subsequent telephonic meet and confer has been scheduled for January 2, 2025.

12. Plaintiff has disclosed approximately 350 documents and recordings, consisting of over 780 Bates numbered pages. Defendants have disclosed approximately 46 documents consisting of over 1,500 Bates numbered pages. The disclosure record is extensive and will take additional time to adequately review in preparation of the Joint Pretrial Order.

13. The parties, therefore, request the current January 3, 2025 due date for submission of the Joint Pretrial Order be extended an additional two weeks to Friday, January 17, 2025, to allow adequate time for the parties to discuss and attempt to resolve disputes

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

they may have regarding the scope of the evidence to be presented at trial, following consideration of the detail proposed in a draft Joint Pretrial Order, as well as the evidentiary topics identified in defense counsel's correspondence of December 18, 2024.

14.  This is the parties' second Stipulation to Extend the Joint Pretrial Order deadline.  It is not submitted for the purpose of delay, but rather is submitted in a good faith effort to narrow and define the scope of the issues to be presented at trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

Page 4 of 5

1    NOW THEREFORE, THE PARTIES HEREBY STIPULATE that the deadline to file the

2  Joint Pretrial Order be extended for an additional two weeks to January 17, 2025.

3    RESPECTFULLY SUBMITTED.

4  DATED this 24th day of Dec., 2024.        DATED this 24th day of Dec., 2024.

5  KEMP & KEMP                               OLSON CANNON & GORMLEY

6  /s/ *James P. Kemp*                        /s/ *Stephanie A. Barker*

7  _____          _____

8  JAMES P. KEMP, ESQ.                       STEPHANIE A. BARKER, ESQ.
   Nevada Bar No. 6375                       Nevada Bar No. 3176

9  VICTORIA L. NEAL, ESQ.                    THOMAS D. DILLARD, JR., ESQ.
   Nevada Bar No. 13382                      Nevada Bar No. 6720

10 7435 W. Azure Drive, Suite 110            STEPHANIE M. ZINNA, ESQ.
   Las Vegas, NV  89130                      Nevada Bar No. 11488

11 jp@kemp-attorneys.com                     9950 West Cheyenne Avenue
   vneal@kemp-attorneys.com                  Las Vegas, NV 89129

12                                           sbarker@ocgattorneys.com
   AND                                       tdillard@ocgattorneys.com

13                                           szinna@ocgattorneys.com
   GILBERT EMPLOYMENT LAW, PC

14 JAMES A. HILL, ESQ.                       AND
   Pro Hac Vice – ECF 24

15 8403 Colesville Road, Ste. 1000           OFFICE OF THE GENERAL COUNSEL, CCSD
   Silver Spring, MD  20910                  CRYSTAL J. PUCH, ESQ.

16 jhill@gelawyer.com                        Nevada Bar No.  012396
                                             5100 West Sahara Avenue

17 *Attorneys for Plaintiff*                 Las Vegas, NV 89146
    *Sara Quintana*                          Herrec4@nv.ccsd.net

18

19                                           *Attorneys for Defendants*
                                              *Clark County School District and Board of*

20                                              *Trustees of the Clark County School District*

21    **IT IS SO ORDERED.**

22

23 DATED: 12/30/24

24 _____

25 ~~UNITED STATES DISTRICT COURT JUDGE~~

26 United States Magistrate Judge

27

28

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

Page 5 of 5