UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sara Quintana, | Case No. 2:21-cv-00023-CDS-MDC |
| Plaintiff | **Order Setting Hearing on Proposed Joint Pretrial Order** |
| v. | |
| Clark County School District, et al., | [ECF No. 78] |
| Defendants | |

The parties filed a proposed joint pretrial order. ECF No. 78. Because the court has questions regarding some of the proposed exhibits, the parties must appear for a hearing on February 10, 2025, at 1:30 p.m. in LV Courtroom 6B.

Dated: January 28, 2025

_____
Cristina D. Silva
United States District Judge