# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sara Quintana, | Case No. 2:21-cv-00023-CDS-NJK |
| Plaintiff | **Order Vacating Trial and Denying without Prejudice Defendants' Motions** |
| v. | |
| Clark County School District, et al., | [ECF Nos. 89, 93, 94] |
| Defendants | |

Plaintiff Sara Quintana and defendants Clark County School District and the Board of Trustees have resolved their dispute and are finalizing the settlement agreement. ECF No. 95. The parties request that the defendants' pending motion in limine (ECF No. 89), emergency motion for leave to file a reply (ECF No. 93), and emergency motion to quash (ECF No. 94) be held in abeyance; however, considering the potential settlement, the court denies them without prejudice. If the parties' final settlement negotiations are unsuccessful, they may seek to have the motions reinstated.

IT IS HEREBY ORDERED that the August 4, 2025 jury trial is vacated.

IT IS FURTHER ORDERED that the defendants' motion in limine **[ECF No. 89]**, emergency motion for leave to file a reply **[ECF No. 93]** and emergency motion to quash **[ECF No. 94] are DENIED without prejudice**.

The parties must appear for a status conference on September 19, 2025, at 10:00 a.m. in LV Courtroom 6B. If a stipulation of dismissal is filed, the hearing will be automatically vacated.

Dated: July 31, 2025

_____
Cristina D. Silva
United States District Judge