1  STEPHANIE A. BARKER, ESQ.
   Nevada Bar No. 3176
2  THOMAS D. DILLARD, JR., ESQ.
   Nevada Bar No. 6270
3  STEPHANIE M. ZINNA, ESQ.
   Nevada Bar No. 11488
4  NATASHA SHARMA, ESQ.
   Nevada Bar No. 16320
5  OLSON CANNON & GORMLEY
   9950 West Cheyenne Avenue
6  Las Vegas, NV 89129
   Phone:     702-384-4012
7  Facsimile: 702-383-0701
   Email: sbarker@ocgattorneys.com
8         tdillard@ocgattorneys.com
          szinna@ocgattorneys.com
9         nsharma@ocgattorneys.com

10    AND

11 CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
12 CRYSTAL J. PUGH, ESQ.
   Nevada Bar No. 12396
13 5100 West Sahara Avenue
   Las Vegas, NV. 89146
14 Phone:     702-799-5373
   Facsimile: 702-799-7243
15 Email: herrec4@nv.ccsd.net

16 *Attorneys for DEFENDANTS*
     *Clark County School District and Board of*
17   *Trustees of the Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA QUINTANA, <br><br>         Plaintiff, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities, <br><br>         Defendants. | CASE NO. 2:21-cv-00023-CDS-MDC <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff SARA QUINTANA, and Defendants CLARK COUNTY SCHOOL DISTRICT and the BOARD OF SCHOOL TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT (collectively CCSD), through their respective counsel of record, that all claims asserted in the above-captioned matter against all Defendants in the above-captioned matter, are hereby DISMISSED WITH PREJUDICE.

The parties are to bear their own attorney's fees, costs, and expenses related to the claims dismissed hereby.

**IT IS SO STIPULATED.**

DATED this 4th day of August, 2025.

KEMP & KEMP

/s/  James A. Hill, Esq.
_____
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

AND

GILBERT EMPLOYMENT LAW, PC
JAMES A. HILL, ESQ.
Pro Hac Vice – ECF 24
8403 Colesville Road, Ste. 1000
Silver Spring, MD  20910
jhill@gelawyer.com

*Attorneys for Plaintiff*
*Sara Quintana*

DATED this 4th day of August, 2025.

OLSON CANNON & GORMLEY

/s/ *Stephanie A. Barker*
_____
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
9950 West Cheyenne Avenue
Las Vegas, NV 89129
sbarker@ocgattorneys.com
tdillard@ocgattorneys.com

AND

OFFICE OF THE GENERAL COUNSEL, CCSD
CRYSTAL J. PUGH, ESQ.
Nevada Bar No.  012396
5100 West Sahara Avenue
Las Vegas, NV  89146
Herrec4@nv.ccsd.net

*Attorneys for Defendants*
*Clark County School District and Board of Trustees of the Clark County School District*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: August 12, 2025

Page 2 of 2